IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD SADDLER, JR.** | : **CIVIL ACTION** |
| | : |
| v. | : **NO. 16-1301** |
| | : |
| **PENNSBURY RACQUET &** | : |
| **ATHLETIC CLUB LLC,** *et al* | : |

# ORDER

**AND NOW,** this 30th day of November 2016, upon review of the October 19, 2016 Arbitration Award (ECF Doc. No. 36) absent a timely demand for trial *de novo*, considering Plaintiff's Petition for attorneys' fees and costs mandated by the Fair Labor Standards Act (ECF Doc. No. 38), Defendants' Opposition (ECF Doc. No. 39), Plaintiff's Reply (ECF Doc. No. 40) and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Petition (ECF Doc. No. 38) is **GRANTED;** and,

**JUDGMENT is entered in favor of Plaintiff Richard Saddler, Jr. and against Defendants in the amount of $42, 512.19 consisting of $1,810.91 for wages, $38,137.50 for statutory attorneys' fees and $2,563.78 in statutory costs.**

The Clerk of Court shall **close** this case.

_____
KEARNEY, J.